

April 4, 2022

**Gregory H. Lantier**

+1 202 663 6327 (t)
+1 202 663 6363 (f)
gregory.lantier@wilmerhale.com

**BY ECF AND EMAIL**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

**Re:** *In re Subpoenas Issued to Mark Farber and Farber, LLC* (Misc. No. 1:22-mc-00093)

Dear Judge Failla:

We write on behalf of Defendant Medtronic, Inc. in accordance with Your Honor's Individual Rules 9B and 9C to seal portions of Medtronic, Inc.'s Memorandum of Law in Opposition to Mark Farber and Farber LLC's Motion to Quash Subpoena to Testify at a Deposition and Subpoena to Produce Documents, and to seal all of Exhibits 5 and 7, which are attached to the Declaration of Brittany B. Amadi in Support of Medtronic, Inc.'s Opposition.  Pursuant to the confidentiality provisions in the Protective Order, Exhibit 4, entered by Judge Albright on October 1, 2021, Medtronic, Inc. respectfully requests these exhibits be sealed in their entirety.

On pages 5-8 and 15-16, Medtronic, Inc.'s Memorandum quotes from Exhibit 5, which is the confidential deposition transcript of plaintiff, Timur Sarac.  On pages 5-6, Medtronic, Inc.'s Memorandum quotes from Exhibit 7, which is a confidential email communication from Timur Sarac to Rubal Bedi in 2012.  Medtronic, Inc. has narrowly redacted only the quotations from the confidential exhibits from its Memorandum.

Per the Southern District of New York Electronic Case Filing Rules & Instructions §§ 6.5(a) and 6.9, Medtronic, Inc. respectfully submits that the Viewing Level to be applied to the unredacted copies of Medtronic, Inc.'s Memorandum and Exhibits 5 and 7 filed contemporaneously with this letter should be "Selected Parties"—that is, limited to counsel appearing for Medtronic, Inc. and counsel appearing for Plaintiffs TMT Systems, Inc., and Timur P. Sarac, as well as court personnel.

Sincerely,

*/s/ Gregory H. Lantier*
Gregory H. Lantier
*Attorney for Medtronic, Inc.*

Application GRANTED.  For the reasons set forth above, the Clerk of Court
is directed to maintain the documents at docket entries 17 and 18 under
seal, viewable only to the parties and Court.

The Clerk of Court is further directed to terminate the motion at docket
entry 14.


Dated:  April 5, 2022                 SO ORDERED.
        New York, New York


                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE