UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TMT SYSTEMS, INC. and DR. TIMUR P. SARAC,

                      Plaintiffs,

                -v.-

MEDTRONIC, INC.,

                      Defendant.

22 Misc. 93 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record at today's conference, Movants' motion to quash is GRANTED IN PART and DENIED IN PART. Defendant may depose Farber, LLC on issues related to the documents described in Requests for Production 4 and 6. That deposition shall occur on or before **August 8, 2023**. By **July 25, 2023**, Farber, LLC shall produce non-privileged documents responsive to Requests for Production 4 and 6.

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:  June 27, 2023
            New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge